

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2020

No. 04-19-00550-CV

Sergio **ALANIS** Sr.,
Appellant

v.

Jesus Maria "Chuy" **ALVAREZ,**
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-00-328
Honorable Federico Hinojosa, Judge Presiding

# O R D E R

Appellees have filed a motion to supplement the record and for leave to file an amended appellees' brief. We grant the motion in part. We order appellees to file in this court copies of their requests for supplemental clerk's and reporter's records and proof that the supplemental records have been paid for or that arrangements for payment satisfactory to the reporter and clerk have been made. The requests and proof of payment arrangements must be filed in this court not later than **February 4, 2020**. Appellees' motion for leave to file an amended brief is held in abeyance pending compliance with this order.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2020.

MICHAEL A. CRUZ,
Clerk of Court